UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWANT SABHARWAL, | No.  2:13-cv-1156 LKK CKD PS |
| Plaintiff, | |
| v. | ORDER |
| WORKER'S COMPENSATION APPEALS BOARD, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

In the complaint, plaintiff complains about a decision of the California Worker's Compensation Appeals Board.  The complaint, however, does not allege a basis for subject matter jurisdiction in this court.  The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to

1

show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than June 26, 2013, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  June 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 sabharwal1156.ifp.nosmj